

# New England Skin Center
January 30

**THE NESC EDIT / AT HOME LIP PLUMPER - needle free!**

We are constantly testing the best of the best so you don't have to. Are your lips needing some love + plumping without needles? We are now carrying the incredible @lucycobeauty's Hydrating Lip Plumper. Come in and get yours!

**HOW TO APPLY**
For best results apply Hydrating Lip Plumper in Clear Gloss to a clean, dry lip, staying within the natural lip line. Can be applied multiple times daily for maximum impact. You may use over or under your favorite lip color for an added pop.

**WHAT TO EXPECT**
You will first notice the sweet peppermint aroma when opening the tube. Upon application you'll likely feel an IMMEDIATE and STRONG tingling sensation that may last up to fifteen minutes. Don't worry this is how you know the product is working!

**HOW IT WORKS**
Tiny microspheres carry the active ingredients...which break upon application to the lips. The active ingredients work to increase blood circulation to the lips causing them to swell. The broken microspheres fill up again by pulling in moisture from the air, continuing to increase volume to the lip tissue as well as keeping the plumping effect.

#fulllips #plumplips #lipplumper #lovetheskinyourein See less

