Exhibit "D"

Original Angelia Photograph:



Facebook Infringement:

