Exhibit "E"

