Exhibit "F"

Original Angelia Photograph:



Instagram Infringement:

