AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-11576-FDS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NEW ENGLAND SKIN CENTER LLC

was received by me on *(date)* 06/20/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Christine McMackin, who is designated by law to accept service of process on behalf of *(name of organization)* New England Skin Center, LLC on *(date)* 07/24/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/24/2024

*William Haran* (signature)
Server's signature

William Haran, Process Server
*Printed name and title*

WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847

*Server's address*

Additional information regarding attempted service, etc:
Served at: 994 Middle St. Weymouth, MA 02188-3957
Description: White/Female/40YO/5'5"/140LBS/Brown hair

WL27746